UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JONATHAN DELEON,

                           Plaintiff,

                  -v-

SERGEANT JOHNSON, *et al.*,

                          Defendants.

24-CV-8101 (KMK)

ORDER OF SERVICE

---

KENNETH M. KARAS, United States District Judge:

    Plaintiff Jonathan DeLeon, currently incarcerated in Clinton Correctional Facility, is proceeding pro se and in forma pauperis. On January 9, 2024, the Court issued a summons for Defendants Sergeant Johnson, Sergeant Clark, C.O. Bell, C.O. J. Pagan, C.O. R. Kreischer, Superintendent Miller, C.O. Rodriguez, and C.O. Phil, but the United States Marshals Service was unable to serve any Defendants.

    Under *Valentin v. Dinkins*, a *pro se* litigant is entitled to assistance from the district court in identifying a defendant. 121 F.3d 72, 76 (2d Cir. 1997). In the Complaint, Plaintiff supplies sufficient information to permit the New York Department of Corrections and Community Supervision ("DOCCS") to identify the above-listed Defendants. It is therefore ordered that the Attorney General of the State of New York (the "Attorney General"), who is the attorney for and agent of DOCCS, shall ascertain the identities of the Defendants whom Plaintiff seeks to sue here and the addresses where these Defendants may be served. If any such Defendant is no longer employed by DOCCS, the Attorney General is directed to provide such Defendant's last known home address. The Attorney General shall provide this information to Plaintiff and the Court within sixty days of the date of this Order.

Within thirty days of receiving this information, Plaintiff must file an amended complaint naming newly identified individuals as Defendants and providing those Defendants' service addresses. The amended complaint will replace, not supplement, the original Complaint. An amended complaint form that Plaintiff should complete is attached to this order. Once Plaintiff has filed an amended complaint, the Court will screen it and, if necessary, issue an order directing service on the newly identified defendants and directing their compliance with Local Civil Rule 33.2.

Further, the Attorney General is directed to respond to Plaintiff's Proposed Order to Show Cause for a Preliminary Injunction and Temporary Restraining Order, (*see* Dkt. No. 19), within thirty days of the issuance of this Order.

## CONCLUSION

The Clerk of Court is respectfully directed to serve a copy of this Order and the Complaint on the New York Attorney General at: New York State Attorney General, Managing Attorney's Office, 28 Liberty Street, 16th Floor, New York, NY 10005.

SO ORDERED.

Dated:   April 2, 2025
         White Plains, New York

KENNETH M. KARAS
United States District Judge

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

Write the full name of each plaintiff.

-against-

_____

_____

_____

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

\_\_\_\_\_CV_____

(Include case number if one has been assigned)

**AMENDED COMPLAINT**

(Prisoner)

Do you want a jury trial?
☐ Yes    ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/20/16

### I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☐ Violation of my federal constitutional rights

☐ Other: _____

### II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

_____
First Name          Middle Initial          Last Name

_____
State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

_____
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

_____
Current Place of Detention

_____
Institutional Address

_____
County, City                         State                         Zip Code

### III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☐ Other: _____

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:

_____
First Name                    Last Name                    Shield #

_____
Current Job Title (or other identifying information)

_____
Current Work Address

_____
County, City                    State                    Zip Code

Defendant 2:

_____
First Name                    Last Name                    Shield #

_____
Current Job Title (or other identifying information)

_____
Current Work Address

_____
County, City                    State                    Zip Code

Defendant 3:

_____
First Name                    Last Name                    Shield #

_____
Current Job Title (or other identifying information)

_____
Current Work Address

_____
County, City                    State                    Zip Code

Defendant 4:

_____
First Name                    Last Name                    Shield #

_____
Current Job Title (or other identifying information)

_____
Current Work Address

_____
County, City                    State                    Zip Code

## V. STATEMENT OF CLAIM

Place(s) of occurrence:

Date(s) of occurrence:

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

_____
_____
_____
_____
_____
_____
_____
_____

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

_____
_____
_____
_____
_____
_____

## VI.     RELIEF

State briefly what money damages or other relief you want the court to order.

_____
_____
_____
_____
_____
_____
_____

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

_____    _____
Dated                                                    Plaintiff's Signature

_____    _____
First Name        Middle Initial        Last Name

_____
Prison Address

_____
County, City                    State                    Zip Code

Date on which I am delivering this complaint to prison authorities for mailing: _____

Page 6