Request for Production of Documents

JONATHAN DELEON,
　　　　　Plaintiff
　　　　-v-
Sergeant Johnson, ET AL.,
　　　　　Defendants.

24-CV-8101 (KMK)

Plaintiff Jonathan DeLeon requests defendant Johnson to respond within 14 days to the following requests, namely that: Defendant Produce and Permit Plaitiff to inspect and to copy each of the following documents: On or around 5-10-24 were I was interview by Sergeant Johnson and signe a Protective Custody form. At or around 10 Am after being interview by Sergeant for P.C. in the O.B.S unit on H-block I need to copy and retorimit in less then 2 weeks. Also the picture of the assaults and injury report from 6-9-24 at 8Am and 10Am 2 diffrent reports with 2 diffrent occations. one In the messhall and the other in the A block 2 company. Inspection to be made in Clinton C.F. DANNEMORA, New York 12929 P.O. Box 2001 as Soon as Possible to be allowed to Photo copy by 8-11-25.

July 28, 2025
DANNEMORA, New York

Defendant is to respond to this letter by 9/6/25. The Clerk is respectfully directed to mail this document to Plaintiff.

So Ordered.
8/27/25

Jonathan DeLeon 14A2396
Jonathan DeLeon Clinton C.F.
P.O. Box 2001 DANNEMORA, New York
12929
Plaintiff, Pro Se.

RECEIVED AUG 11 2025 PRO SE OFFICE

DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
**CLINTON CORRECTIONAL FACILITY**
P.O. BOX 2001
DANNEMORA, NEW YORK 12929

NAME: Jonathan DeLeon     DIN: 14B2898

USM-4P
SDNY

Legal Mail

CLERK (KMK)
United States
Southern District of New York
U.S. Courthouse, 500 Pearl
Street, New York NY 10007

RECEIVED
AUG 11 2025
PRO SE OFFICE

NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
INCARCERATED INDIVIDUAL CORRESPONDENCE PROGRAM

NAME: Jonathan DeLeon   DIN: 14A2391

Printed On Recycled Paper