

**Office of the New York State**  
**Attorney General**

**Letitia James**  
**Attorney General**

September 2, 2025

**Via ECF**
The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    <u>Deleon v. Johnson, et al.</u>, 24-Civ-08101 (KMK)

Dear Judge Karas:

    The New York State Office of the Attorney General represents Defendants Johnson, Pagan, Miller, Bell, and Kreischer ("State Defendants") in the above-referenced action. State Defendants write in response to Plaintiff's motion to compel the production of documents filed on August 11, 2025. ECF No. 41.

    Plaintiff's request for documents without an operative complaint is premature. On June 13, 2025, the Court ordered Plaintiff to file a short and plain statement of the claims he wished to pursue. ECF No. 30. Since that time, Plaintiff has failed to file a coherent recitation of his claims and clarify the intended defendants. *See, e.g.*, ECF Nos. 32, 38. Plaintiff has no legal basis to support his application to compel records without an operative complaint as "the American legal system does not permit pre-action discovery." *Frigerio v. United States*, No. 10 CIV. 9086 SAS, 2011 WL 3477135, at *1 (S.D.N.Y. Aug. 5, 2011). Further, Plaintiff should not be permitted to conduct a fishing expedition to seek out potential causes of action. For these reasons the Court should not entertain Plaintiff's motion.

    We thank the Court for its time.

> Defendants are correct. Plaintiff is not entitled to discovery until a complaint is filed that plausibly states a claim. Therefore, Plaintiff's application to compel is denied without prejudice. The Clerk is respectfully directed to mail this document to Plaintiff.
>
> So Ordered
> /s/ KMK
> 9/2/25

Respectfully submitted,

*/s/ Jennifer Goltche*
Jennifer Goltche
Assistant Attorney General
(212) 416-8591
Jennifer.Goltche@ag.ny.gov

Hon. Kenneth M. Karas  Page 2 of 2
September 2, 2025

**BY U.S. MAIL**
cc: Jonathan Deleon, DIN 19A2396
Clinton Correctional Facility
1156 Rt. 374
P.O. Box 2000
Dannemora, New York 12929