Case 7:24-cv-08101-KMK Document 63 Filed 11/05/26 Page 1 of 1

**Office of the New York State Attorney General**

**Letitia James**
**Attorney General**

November 5, 2026

**Via ECF**
The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *Deleon v. Johnson, et al., 24-Civ-08101 (KMK)*

Dear Judge Karas:

This Office represents Defendants Johnson, Pagan, Miller, Bell, and Kreischer ("Group 1 Defendants") in the above-referenced action. On September 29, 2026, this Court granted Group 1 Defendants' Motion to Dismiss Plaintiff's Complaint in part and dismissed the claims against Defendant Miller (ECF 61). The Court allowed Plaintiff until October 29, 2026 to file an Amended Complaint, as well as having until November 29, 2026 to serve Defendants Phillips, Clark and Rodriguez ("Group 2 Defendants").

Plaintiff did not file an Amended Complaint. Group 1 Defendants respectfully request that their time to file an Answer to Plaintiff's Complaint be stayed 60 days until the last Group 2 Defendant is served, so Group 1 Defendants may file an Answer at the same time as any Group 2 Defendant.

We thank the Court for its time and consideration.

Granted. Plaintiff is to ensure that all Defendants remaining in this case are properly served. The Clerk is respectfully directed to mail this document to Plaintiff.

So Ordered.

11/5/26

Respectfully submitted,

*/s/ Gee Won Cha*
Gee Won Cha

cc: Jonathan Deleon (via mail)

Litigation Bureau | 28 Liberty Street, New York NY 10005
212-416-8610 | ag.ny.gov